# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **SERENITIVA LLC,** § § § §<br>   Plaintiff, § §<br>   v. § §<br> **SAP AMERICA, INC.,** § §<br>   Defendant. § | **CIVIL ACTION NO 6:17-cv-460** |

## ORDER

Pursuant to the Notice of Voluntary Dismissal filed in this case, it is **ORDERED** that all claims asserted in this suit between Plaintiff, Serenitiva LLC, and Defendant, SAP America, Inc., are hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court is directed to close the case.

**SIGNED this 21st day of August, 2017.**

*[signature: Robert W. Schroeder III]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE